IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3063 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| GLORIA MEZA DE RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the government, and with the agreement of the defendant,

IT IS ORDERED that a hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 27) has been set before the undersigned United States district judge on Wednesday, February 6, 2008, at 12:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The United States Marshal is directed to return the defendant to the district for the hearing.

January 16, 2008.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge